Gregory L. Lippetz (State Bar No. 154228)
Jane L. Froyd (State Bar No. 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
glippetz@jonesday.com
jfroyd@jonesday.com

Attorneys for Plaintiff
LUMASENSE TECHNOLOGIES

Michael I. Katz (State Bar No. 181728)
THOMAS WHITELAW & TYLER LLP
18101 Von Karman Avenue, Suite 230
Irvine, California 92612
Telephone: (949) 679-6400
Facsimile: (949) 679-6405
mkatz@twtlaw.com

Brian D. Henri (State Bar No. 200205)
Gabriel Z. Reynoso (State Bar No. 234027)
THOMAS WHITELAW & TYLER LLP
Three Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone: (415) 820-0400
Facsimile: (415) 820-0405
bhenri@twtlaw.com
greynoso@twtlaw.com

Attorneys for Defendant
NEOPTIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMASENSE TECHNOLOGIES, | Case No. C-09-02023-WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| NEOPTIX, INC., | |
| Defendant. | |

**STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff LumaSense Technologies and Defendant Neoptix, Inc., by and through their undersigned counsel, that due to unavailability of lead counsel for LumaSense Technologies on the current August 20, 2009 Case Management Conference date, good cause exists to reschedule the Case Management Conference in this action.  Because lead counsel for Neoptix, Inc. is unavailable on the following Thursday, August 27, 2009, the parties request that the Case Management Conference be rescheduled to September 3, 2009, or as soon thereafter as the matter may be heard, before the Honorable William H. Alsup of the United States District Court for the Northern District of California, San Francisco Division.

**IT IS SO AGREED AND STIPULATED.**

Dated:  August 14, 2009

/s/ Gregory L. Lippetz
Gregory L. Lippetz
JONES DAY

Counsel for Plaintiff
LUMASENSE TECHNOLOGIES

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated:  August 14, 2009

/s/ Brian D. Henri
Brian D. Henri
THOMAS WHITELAW & TAYLOR LLP

Counsel for Defendant
NEOPTIX, INC.

1 **[PROPOSED] ORDER**

2   Pursuant to the Stipulation between the parties, the Case Management Conference in this

3 matter will be rescheduled to September 3, 2009.  THERE WILL BE NO FURTHER

4 CONTINUANCES.

5 **IT IS SO ORDERED.**

6

7 DATED: _August 14_____, 2009      BY: _____

THE HONORABLE WILLIAM H. ALSUP

8                                                                          UNITED STATES DISTRICT JUDGE

APPROVED

Judge William Alsup