1  Gregory L. Lippetz (State Bar No. 154228)
   Jane L. Froyd (State Bar No. 220776)
2  JONES DAY
   1755 Embarcadero Road
3  Palo Alto, California 94303
   Telephone:  (650) 739-3939
4  Facsimile:  (650) 739-3900
   glippetz@jonesday.com
5  jfroyd@jonesday.com

6  Attorneys for Plaintiff
   LUMASENSE TECHNOLOGIES
7

8  Michael I. Katz (State Bar No. 181728)
   THOMAS WHITELAW & TYLER LLP
9  18101 Von Karman Avenue, Suite 230
   Irvine, California 92612
10 Telephone:  (949) 679-6400
   Facsimile:  (949) 679-6405
11 mkatz@twtlaw.com

12 W. Paul Schuck (State Bar No. 203717)
   Gabriel Z. Reynoso (State Bar No. 234027)
13 THOMAS WHITELAW & TYLER LLP
   Three Embarcadero Center, Suite 1350
14 San Francisco, California  94111
   Telephone:  (415) 820-0400
15 Facsimile:  (415) 820-0405
   pschuck@twtlaw.com
16 greynoso@twtlaw.com

17 Attorneys for Defendant
   NEOPTIX, INC.
18

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21

| 22 | LUMASENSE TECHNOLOGIES, | Case No. C-09-02023-WHA |
|---|---|---|
| 23 | Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL OF CLAIMS WITH PREJUDICE AND [PROPOSED] ORDER** |
| 24 | v. | |
| 25 | NEOPTIX, INC., | |
| 26 | Defendant. | |

27

28

Plaintiff LumaSense Technologies ("LumaSense") and Defendant Neoptix, Inc. ("Neoptix") inform the court that they have reached agreement on the terms of dismissal of the claims in the above-titled action and hereby submit this Stipulation of Dismissal.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss all claims in this action asserted by LumaSense against Neoptix with prejudice.  The parties stipulate that each party will bear its own costs and attorneys' fees relating to the dismissed claims.

SO STIPULATED.

Dated:  December 21, 2009                    /s/ Gregory L. Lippetz
                                             Gregory L. Lippetz
                                             JONES DAY

                                             Counsel for Plaintiff
                                             LUMASENSE TECHNOLOGIES

In accordance with General Order No. 45, Section X(B), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated:  December 21, 2009                    /s/  Michael I. Katz
                                             Michael I. Katz
                                             THOMAS WHITELAW & TAYLOR LLP

                                             Counsel for Defendant
                                             NEOPTIX, INC.

SVI-75946

- 1 -                    STIPULATED DISMISSAL OF CLAIMS
                         Case No. C-09-02023-WHA

1                                          [PROPOSED] ORDER

2             PURSUANT TO STIPULATION, IT IS SO ORDERED. **THE CLERK SHALL CLOSE**

3 **THE FILE.**

Dated: December 21, 2009.



**WILLIAM ALSUP**
**UNITED STATES DISTRICT JUDGE**